UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRIKE 3 HOLDINGS, LLC

    Plaintiff(s),

V.                                          CASE NO. 18-10103
                                              HON. LINDA V. PARKER

JOHN DOE SUBSCRIBER ASSIGNED
IP ADDRESS 71.227.18.132,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 9] on May 28, 2018;   Accordingly, the above-entitled action is DISMISSED WITHOUT PREJUDICE.

                                               s/Linda V. Parker
                                             Linda V. Parker
                                             United States District Judge

Dated:  May 29, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 29, 2018, by electronic and/or ordinary mail.

                                             s/R. Loury
                                             Case Manager